(104 So. 843)

### Ex parte SLOSS–SHEFFIELD STEEL & IRON CO.    (6 Div. 450.)

(Supreme Court of Alabama.    June 11, 1925.)

Certiorari to Court of Appeals.

Bradley, Baldwin, All & White, of Birmingham, for petitioner.

Black & Harris, of Birmingham, opposed.

BOULDIN, J. Petition of the Sloss-Sheffield, Steel & Iron Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Sloss-Sheffield Steel & Iron Company v. Maxwell, 20 Ala. App. 588, 104 So. 841.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.